# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Koh, Lucy H. | District Court -- Northern California | 05/15/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge --Active | ☐ Nomination Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

280 South First Street
San Jose, California 95113

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Koh, Lucy H. | 05/15/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2019 | State of California -- salary |
| 2. | 2019 | Stanford University -- salary |
| 3. | 2019 | New York University -- salary |
| 4. | 2019 | Thomson/Reuters -- book royalty |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bar Association | 03/27/2019-03/29/2019 | Vancouver, Canada | Serve as Cyberspace Committee Program Co-Chair at Spring Meeting | Airfare, ground transporation, meals, hotel |
| 2. | Korean American Bar Association of Southern California | 04/10/2019 | Los Angeles, CA | Serve as Keynote Speaker at Annual Board Installation and Awards Dinner | Airfare, meal |
| 3. | American Constitution Society | 06/06/2019-06/08-2019 | Washington, D.C. | Attend National Convention | Airfare, parking, meals, hotel |
| 4. | Opperman Foundation | 07/16/2019-07/17/2019 | Los Angeles, CA | Serve on Devitt Committee to select Devitt Award recipient | Airfare, ground transportation, meals, hotel |

| Name of Person Reporting | Date of Report |
| --- | --- |
| **Koh, Lucy H.** | 05/15/2020 |

5.  Opperman Foundation  10/16/2019-10/18/2019  Washington, D.C.  Attend Devitt Award Ceremony at U.S. Supremre Court  Airfare, ground transportation, meals, hotel

| Name of Person Reporting | Date of Report |
|---|---|
| Koh, Lucy H. | 05/15/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Koh, Lucy H. | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1.  Wells Fargo Accounts | A | Interest | L | T | | | | | |
| 2.  State of California Savings Plus Program | | None | J | T | | | | | |
| 3.  American Funds Washington Mutual R6 | | None | M | T | | | | | |
| 4.  Nationwide Geneva Small Cap Gr R6 | | None | L | T | | | | | |
| 5.  Dodge & Cox Balanced | | None | L | T | | | | | |
| 6.  Lord Abbett Total Return R5 | | None | L | T | | | | | |
| 7.  Vanguard Instl Target Retirement 2035 Ins | | None | L | T | | | | | |
| 8.  Vanguard Inst Target Retirement 2035 | E | Int./Div. | O | T | | | | | |
| 9.  AMG Managers Fairpointe Mid Cap N | C | Dividend | L | T | | | | | |
| 10.  Invesco CollegeBound Age Based Portfolio | | None | K | T | | | | | |
| 11.  TIAA CREF ScholarShare Active Age-Based Portfolio | | None | K | T | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Koh, Lucy H. | 05/15/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII. Investments and Trusts

As stated in my 2018 Financail Disclosure, my husband's retirement account changed names in 2018 from Vanguard Target Retirement 2035 to Vanguard Inst Target Retirement 2035.  My husband does not know why the fund changed names.  He did nothing to cause any change in the fund name.  In my 2018 Financial Dislcosure I listed each retirement account because each existed for some portion of the reporting period.  In 2019, only the Vanguard Inst Target Retirement 2035 existed, so I have one less Vanguard retirement account in my 2019 Financial Discloure.

I understand that all income is reportable, whether taxable, tax deferred, or tax exempt.  I further understand that dividends that are reinvested must be listed as income.  However, Part VII, lines 2-7 and 10-11 had no dividends, had no reinvestment of dividends, had no interest, and thus had no reportable income in calendar year 2019.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Lucy H. Koh**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544